

# United States District Court
# Eastern District of California

| Amritpal Singh Atwal |
|---|

Plaintiff(s)

Case Number: 1:26-cv-0542-DC-DMC

V.

| Kristi Noem et al. |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Rupinder Kaur _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Amritpal Singh Atwal

On _____ 10/28/2016 _____ (date), I was admitted to practice and presently in good standing in the _____ Michigan _____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
N/A

Date: _____ 01/22/2026 _____    Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Rupinder Kaur |
| Law Firm Name: | Kaur Law PC |
| Address: | 38750 Paseo Padre Pkwy |
| | Suite A7 |
| City: | Fremont    State: CA    Zip: 94536 |
| Phone Number w/Area Code: | (510) 894-1400 |
| City and State of Residence: | Novi, Michigan |
| Primary E-mail Address: | ruby@kaurlawpc.com |
| Secondary E-mail Address: | N/A |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Cynthia Bautista |
| Law Firm Name: | Bautista Immigration Law, P.C. |
| Address: | 1227 Laurel Street |
| | |
| City: | San Carlos    State: CA    Zip: 94070 |
| Phone Number w/Area Code: | (415) 936-6730    Bar # 336327 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 01/22/2026

JUDGE, U.S. DISTRICT COURT